FILE COPY

RE: Case No. 25-1071                          DATE: 12/1/2025
COA #: 15-24-00040-CV                         TC#: 2519-335
STYLE: YELP, INC. v. STATE

    Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **January 5, 2026.**


                  MS. CATHERINE  ROBB
                  HAYNES & BOONE, LLP
                  98 SAN JACINTO BLVD STE 1500
                  AUSTIN, TX  78701-4297
                  * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-1071                           DATE: 12/1/2025
    COA #: 15-24-00040-CV                       TC#: 2519-335
STYLE: YELP, INC. v. STATE

    Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case.  The petition for review is due to be filed no later than **January 5, 2026.**


                MS. ABIGAIL  SMITH
                OFFICE OF THE ATTORNEY GENERAL
                PO BOX 12548 (MC 059)
                AUSTIN, TX  78711-2548
                * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-1071                        DATE: 12/1/2025
    COA #: 15-24-00040-CV                    TC#: 2519-335
STYLE: YELP, INC. v. STATE

     Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case.  The petition for review is due to be filed no later than **January 5, 2026.**

               MR. WILLIAM R. PILLIFANT
               HAYNES & BOONE, LLP
               98 SAN JACINTO BLVD STE 1500
               AUSTIN, TX   78701
               * DELIVERED VIA E-MAIL *

RE: Case No. 25-1071                    DATE: 12/1/2025
    COA #: 15-24-00040-CV               TC#: 2519-335
STYLE: YELP, INC. v. STATE

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **January 5, 2026.**

DISTRICT CLERK  BASTROP COUNTY
BASTROP COUNTY COURT
P.O. BOX 770
BASTROP, TX  78602
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-1071                          DATE: 12/1/2025
    COA #: 15-24-00040-CV                      TC#: 2519-335
STYLE: YELP, INC. v. STATE

   Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **January 5, 2026.**


                         CHRISTOPHER  PRINE
                         FIFTEENTH COURT OF APPEALS
                         P.O, BOX 12852
                         AUSTIN, TX  78711
                         * DELIVERED VIA E-MAIL *

RE: Case No. 25-1071                    DATE: 12/1/2025
    COA #: 15-24-00040-CV               TC#: 2519-335
STYLE: YELP, INC. v. STATE

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **January 5, 2026**.

MR. SCOTT  FROMAN
OFFICE OF THE ATTORNEY GENERAL
PO BOX 12548
AUSTIN, TX  78711
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-1071                    DATE: 12/1/2025
    COA #: 15-24-00040-CV                TC#: 2519-335
STYLE: YELP, INC. v. STATE

 Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **January 5, 2026.**


   MR. MICHAEL  LAMBERT
   HAYNES AND BOONE, LLP
   98 SAN JACINTO BLVD STE 1500
   AUSTIN, TX  78701-4297
   * DELIVERED VIA E-MAIL *

RE: Case No. 25-1071                          DATE: 12/1/2025
    COA #: 15-24-00040-CV                        TC#: 2519-335
STYLE: YELP, INC. v. STATE

     Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case.  The petition for review is due to be filed no later than **January 5, 2026**.

                   MR. ROBERT "ROB"  FARQUHARSON
                   OFFICE OF THE ATTORNEY GENERAL
                   P.O. BOX 12548
                   AUSTIN, TX  78711
                   * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-1071                    DATE: 12/1/2025
COA #: 15-24-00040-CV                   TC#: 2519-335
STYLE: YELP, INC. v. STATE

   Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **January 5, 2026.**


                    MS. LAURA LEE PRATHER
                    HAYNES & BOONE, L.L.P.
                    98 SAN JACINTO BLVD STE 1500
                    AUSTIN, TX  78701
                    * DELIVERED VIA E-MAIL *